5-3-11

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Mag./Crim. No. 2:11-cr-00084-SRC

v.

CONSENT ORDER

JOHN B. FROHLING

THIS MATTER, being presented to the Court on behalf of John B. Frohling by counsel, S. M. Chris Franzblau of Franzblau Dratch, P.C. for leave to permit John B. Frohling to attend the graduation ceremony of his grandson, William Frohling, at Glen Ridge High School on June 22, 2012 and by consent of the Government and the U.S. Probation Office and for good cause shown;

IT IS on this 20 day of June, 2012

ORDERED that John B. Frohling shall be permitted to be released from house arrest from 7:00 p.m. on June 22, 2012 until 10:30 p.m. at which time house arrest shall continue.

Hon. Judge Stanley R. Chesler

CONSENTED TO:

Stanley Whetstone
U.S. Probation Officer

Erez Liebermann
Assistant U.S. Attorney

FRANZBLAU DRATCH, P.C.
ATTORNEYS AT LAW
PLAZA ONE
354 EISENHOWER PARKWAY
P.O. BOX 472
LIVINGSTON, N.J. 07039-0472
(973) 992-3700
TELECOPIER (973) 992-7945 OR (973) 994-0130
email: <fullname>@njcounsel.com
WRITER'S DIRECT DIAL: (973) 533-7 264

S. M. CHRIS FRANZBLAU
STEPHEN N. DRATCH*
MARTIN L. FENIK*
PATRICK T. COLLINS□▽
JULIAN WILSEY
BRIAN M. DRATCH*
ELIZABETH A. DELAHUNTY△

NEW YORK OFFICE
233 BROADWAY
SUITE 2701
NEW YORK, NY 10279
(212) 571-1808
PLEASE REPLY TO N.J. OFFICE

WEBSITE:
www.njcounsel.com

OF COUNSEL
RICHARD E. MISCHEL*
ALLEN B. PEARL
CYRUS J. BLOOM
SANFORD F. YOUNG*°
ADAM D. DRATCH*

*NJ & NY BAR
△NJ, NY & FL
°PA BAR
□CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL ATTORNEY
▽CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

June 14, 2012

Via Fax and Electronic Mail
Judge Stanley R. Chesler
U.S. District Court of New Jersey
Martin Luther King, Jr. Federal
Building & U. S. Courthouse
50 Walnut Street, Court Room PO 08
Newark, New Jersey 07101

Ok

RE: U.S. v. John B. Frohling

Dear Judge Chesler:

I am writing this letter on behalf of my Client John B. Frohling.

This request relates to Mr. Frohling's grandson William Frohling's graduation from Glen Ridge High School on June 22, 2012 at 7:30. He seeks permission to attend that ceremony and return home on the same night June 22 at 10:00 PM.

As stated in my earlier letter Mr. Frohling has been under House Arrest since July 18, 2011 for a term of one year which is scheduled to end July 18, 2012.

William F. Frohling is John B. Frohling's eldest grandson and the first grandchild to graduate from high school. As I am sure you can imagine Mr. Frohling's contact with his family during this past year has been extremely limited and his confinement has visited considerable hardship on all involved including his family and especially his grandson William Frohling.

FRANZBLAU DRATCH, P.C.
A PROFESSIONAL CORPORATION

Judge Stanley R. Chesler
U.S. District Court of New Jersey
June 14, 2012
Page 2

I respectfully request that Your Honor permit Mr. Frohling this privilege of attending William's graduation.

I appreciate Your Honor's time and attention to this matter and respectfully request Your Honor's prompt consideration of Mr. Frohling's request. If granted, he will be in touch with his probation officer Mr. Stanley Whetstone (973) 223-0694 before and after the ceremony and will return home promptly from Glen Ridge High School to his residence in Jersey City by 10 PM on June 22, 2012.

Please advise.

Very respectfully submitted,,

S. M. Chris Franzblau

SMCF:cat
cc: Mr. John Frohling