# Franzblau Dratch, P.C.

354 Eisenhower Parkway, Plaza 1
Livingston, New Jersey 07039
Phone: 973-992-3700
Fax: 973-992-7945
Email: franzblau@njcounsel.com

U.S. DISTRICT COURT

2012 JUL 20 P 5:08

July 20, 2012

**Via Facsimile**
Judge Stanley R. Chesler
U.S. District Court of New Jersey
Martin Luther King, Jr. Federal
 Building & U. S. Courthouse
50 Walnut Street, Court Room PO 08
Newark, New Jersey 07101

    RE:   U.S. v. John B. Frohling   Docket No. 1100084

Dear Judge Chesler:

Mr. Frohling who has just completed his one year house arrest wishes to travel to Hancock, Massachusetts for five day vacation starting July 24, 2012 to return July 29. The arrangements for this vacation have been prepaid. The Probation Department has no objection to this request. Mr. Frohling completed his house arrest without incident and is current on his restitution payments. Your prompt attention to this matter is very much appreciated. Thank you.

Respectfully submitted,

S.M. Chris Franzblau, Esq.

OK

7/24/12
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.

Cc:   Mr. Stanley Whetstone Probation Officer