5-3-11

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      Mag./Crim. No. 2:11-cr-00084-SRC

v.      CONSENT ORDER

JOHN B. FROHLING

THIS MATTER, being presented to the Court on behalf of John B. Frohling by counsel, S. M. Chris Franzblau of Franzblau Dratch, P.C. for leave to permit John B. Frohling to vacation with family at Village at Berkshires, Hancock, Massachusetts from July 24, 2012 until Sunday at 12:30 noon, July 29, 2012 and by consent of the Government and the U.S. Probation Office and for good cause shown;

IT IS on this 24th day of July, 2012

ORDERED that John B. Frohling shall be permitted to go to Hancock, Massachusetts from 2:00 p.m. on July 24, 20120 until 12:30 p.m. on Sunday, July 29, 2012 at which time he shall have returned to New Jersey.

                         _____
                         Hon. Judge Stanley R. Chesler

CONSENTED TO:

_____
Assistant U.S. Attorney
Office of United States Attorney

1