UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     Mag./Crim. No. 2:11-cr-00084-SRC

v.     CONSENT ORDER

JOHN B. FROHLING

THIS MATTER, being presented to the Court on behalf of John B. Frohling by counsel, S. M. Chris Franzblau of Franzblau Dratch, P.C. for leave to permit John B. Frohling to visit his brother in New York from August 12, 2012 to August 13, 2012 and his son in St. Paul, Minnesota August 24, 2012 until August 27, 2012 and by consent of the Government and hearing no objection from the U.S. Probation Office and for good cause shown;

IT IS on this 24th day of July, 2012

ORDERED that John B. Frohling shall be permitted to go to South Hampton, New York to visit his brother from August 12, 2012 until August 13, 2012 and to visit his son in Minnesota from August 24, 2012 until August 27, 2012 at which times he shall have returned to New Jersey.

_____
Hon. Judge Stanley R. Chesler

CONSENTED TO:

_____
Assistant U.S. Attorney
Office of United States Attorney

1